No. 10-8141. Donnie D. Comber, Petitioner v. John Wolfe, Warden, et al.

562 U.S. 1258, 131 S. Ct. 1573, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1750.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 391 Fed. Appx. 273.

No. 10-8144. Victor Rodriguez, Petitioner v. Michael C. Barone, Superintendent, State Correctional Institution at Forest, et al.

562 U.S. 1258, 131 S. Ct. 1573, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1864.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8149. Gregory Sylvester Rideau, Jr., Petitioner v. Larry Small, Warden, et al.

562 U.S. 1258, 131 S. Ct. 1574, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1839.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 402 Fed. Appx. 165.

No. 10-8152. Bryant Lamont Douglas, Petitioner v. Illinois.

562 U.S. 1258, 131 S. Ct. 1574, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1726.

February 28, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 397 Ill. App. 3d 1117, 370 Ill. Dec. 470, 988 N.E.2d 246.

No. 10-8153. Michael P. Castrillo, Petitioner v. United States District Court for the Eastern District of Louisiana.

562 U.S. 1259, 131 S. Ct. 1593, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1757.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8160. Manuel A. Villa, Petitioner v. Arizona.

562 U.S. 1259, 131 S. Ct. 1574, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1878.

February 28, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

No. 10-8163. Walter T. Storey, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.

562 U.S. 1259, 131 S. Ct. 1574, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1771.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 603 F.3d 507.